IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN R. LIPPL,

      Appellant,                      14cv0676

                                        **ELECTRONICALLY FILED**

      v.

INTERNATIONAL FIDELITY INSURANCE
COMPANY,

      Appellee


## Order of Court

AND NOW, this 25th day of July, 2014, for the reasons set forth in the accompanying Memorandum Opinion, the Order of Court entered by the United States Bankruptcy Court for the Western District of Pennsylvania on the Motion to Compel Abandonment is hereby **AFFIRMED**.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc: All Registered ECF Counsel and Parties